# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BERNARD ROLAND | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-16-2 |
| | * | |
| BRANCH BANKING AND TRUST CO., ET AL. | * | |
| | ****** | |

## **MEMORANDUM**

Bernard Roland has instituted this *pro se* action against Branch Banking and Trust Company and Samuel I. White, PC. Defendants have filed a motion to dismiss. Plaintiff has responded to the motion.

The case arises from a foreclosure proceeding instituted in the Circuit Court for Prince George's County, Maryland. The foreclosure sale in that action was conducted on January 22, 2015, and the foreclosure sale was ratified on October 13, 2015. Plaintiff appealed the ratification order but the Maryland Court of Special Appeals dismissed the appeal.

The issues in this case could have been raised in the foreclosure proceeding. Accordingly, plaintiff's claims are barred by the doctrine of res judicata. *See, e.g., Fairfax Savings F.S.B. v. Kris Jen Ltd. Partnership*, 338 Md. 1, 655 A.2d 1275 (1995). Accordingly, this action is dismissed.


Date: September 9, 2016        ____/s/_____
                                J. Frederick Motz
                                United States District Judge

1